**People of the State of Illinois, Plaintiff-Appellee, v. Eugene Minor (Impleaded), Defendant-Appellant.**

**Gen. No. 51,800. (Abstract of Decision.)**

First District, Second Division.

May 14, 1968.

Gerald W. Getty, Public Defender of Cook County, of Chicago (James J. Doherty, Assistant Public Defender, of counsel), for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Francis Carey, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE LYONS. Not to be published in full.